**Order entered November 29, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00060-CV

**ANGELIA SMITH, ET AL., Appellants**

**V.**

**PONNACHAN OONNOONNI, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05937-B**

## ORDER

Before the Court is appellee's November 22, 2017 motion for extension of time to file a

brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on

November 21, 2017 filed as of the date of this order.

/s/  CRAIG STODDART
     JUSTICE